

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2022

No. 04-21-00363-CV

**IN THE MATTER OF THE ESTATE OF BEN GARZA, III, DECEASED**

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-PC-0203
Honorable Bill Squires, Judge Presiding

# O R D E R

On December 14, 2021, this court issued an order requiring appellant to provide written proof to this court no later than December 27, 2021 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Our order stated that if appellant failed to respond within the time provided, appellant's brief would be due no later than January 13, 2022, and the court would consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant did not file written proof in response to our order, and appellant's brief was due no later than January 13, 2022. Neither appellant's brief nor a motion for extension of time has been filed. Appellant is therefore ORDERED to file, **no later than January 31, 2022**, her brief and a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2022.

MICHAEL A. CRUZ, Clerk of Court